**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 17-20037-CIV-MORENO**

EDWIN PENA, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

TEKTON CONSTRUCTION, CORP., and
ALTERNATIVE SUCCESS, CORP.,

    Defendants.
_____/

**NOTICE REGARDING ATTORNEY'S FEES**

    Plaintiff, Edwin Pena, by and through the undersigned counsel, hereby files this Notice regarding Plaintiff's attorney's fees.

    1.    On January 4, 2017, Plaintiff filed a Complaint in this action on behalf of himself and others similarly situated, to recover overtime compensation and other relief under the Fair Labor Standards Act, as amended (the "FLSA" or the "Act"), 29 U.S.C. § 201 *et*. *seq*. [Dkt. Ent. No. 1].

    2.    After litigating Plaintiff's claims for more than four (4) months, including the addition of a second Defendant, and the exchange of discovery with both Defendants, the parties were able to negotiate a settlement of Plaintiff's claims on or about April 10, 2017. [Dkt. Ent. No. 29].

    3.    On April 13, 2017, the Court issued its Notice upon settlement in FLSA matters, instructing the parties to file all necessary settlement documents in accordance with *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). [Dkt. Ent. No. 30].

1

4. On May 15, 2017, the Parties filed a Joint Motion for in camera review of the parties' settlement agreement. [Dkt. Ent. No. 33]. While the settlement agreement was submitted to the Court on May 15th for in camera review, the agreement did not contain a breakdown of the amount of attorney's fees and costs that was negotiated for the Plaintiff.

5. As such, the undersigned submits this Notice to inform that Court that Plaintiff's attorney's fees and costs will be $4,000.00 of the total settlement amount. While this amount has been agreed upon to facilitate settlement, the following indicates the actual amount of attorney's fees and costs expended in this matter:

- Hours: 14.40
- Hourly Rate: $300.00
- Total attorney's fees: $300.00 (x) 14.40 = $4,320.00
- Costs: $520.00
- Total attorney's fees and costs: $4,320.00 (+) $520.00 = $4,840.00

Dated: May 16, 2017

Respectfully submitted,

s/Jonathan S. Minick
Jonathan S. Minick, Esq.
FBN: 88743
E-mail: jminick@jsmlawpa.com
Jonathan S. Minick, P.A.
1850 SW 8th Street, Suite 307
Miami, Florida 33135
Phone: (786) 441-8909
Facsimile: (786) 523-0610
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2017, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                                                          s/ Jonathan S. Minick
                                                                          Jonathan S. Minick, Esq.

## SERVICE LIST

Jennifer V. Ruiz, Esq.
jennifer.ruiz@csklegal.com
Cole, Scott & Kissane, P.A.
Cole, Scott & Kissane Building
9150 S. Dadeland Boulevard
Suite 1400
Telephone: 305-350-5367
Facsimile: 305-373-2294
Miami, Florida 33156
Counsel for Defendants
Service via CM/ECF